UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAM L. MARTIN and JAIMIE E. MARTIN, a married couple,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>　　　　　　Defendant. | No. 2:24-cv-00571-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br><br>**NOTING DATE: AUGUST 9, 2024** |

## I.  STIPULATION

The undersigned parties stipulate that all claims and causes of action of Plaintiffs Sam L. Martin and Jaimie E. Martin be dismissed with prejudice and that the Order below dismissing this case with prejudice and without costs may be entered.

Dated this 9th day of August, 2024.

FORSBERG & UMLAUF, P.S.

_____
Ryan J. Hesselgesser, WSBA #40720
Rishabh R. Agny, WSBA #49721
*Attorneys for Defendant State Farm Fire & Casualty Insurance Company*

Dated this 9th day of August, 2024.

BECKER FRANKLIN ROVANG, PLLC

*s/ James C. Miller*
_____
James C. Miller, WSBA #51932
*Attorneys for Plaintiff*

## II.  ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore it is ORDERED that this case is dismissed with prejudice and without an award of attorney fees and costs to either party.

Dated:  August 9, 2024.

John H. Chun
United States District Judge

STIPULATION AND ORDER OF DISMISSAL – 2
Cause No.:  2:24-cv-00571-JHC